UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80128-Cr-Cannon/Reinhart

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

GEORGE MURILLO,

Defendant.
_____/

FILED BY ___TM___ D.C.
AUG 23 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about May 17, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**GEORGE MURILLO,**

did knowingly possess a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is one (1) Smith & Wesson .38 Special caliber revolver.

### COUNT 2
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

On or about July 12, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**GEORGE MURILLO,**

did knowingly possess a firearm in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm is one (1) Beretta 9mm pistol.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **GEORGE MURILLO**, has an interest.

2. Upon conviction of the violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____ for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
LARA TREINIS GATZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

GEORGE MURILLO
_____/

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☒ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **NO**
   List language and/or dialect:

4. This case will take **FIVE** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I  ☒ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **NO**
   If yes, Judge                                    Case No.

7. Has a complaint been filed in this matter? (Yes or No) **YES**
   If yes, Magistrate Case No. **22-MJ-8333 (BER)**

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **NO**
   If yes, Judge                                    Case No.

9. Defendant(s) in federal custody as of **8/5/22**

10. Defendant(s) in state custody as of

11. Rule 20 from the                District of

12. Is this a potential death penalty case? (Yes or No) **NO**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **NO**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **NO**

By: *Lara Treinis Gatz*
Lara Treinis Gatz
Assistant United States Attorney
Court ID No. A5502857

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  GEORGE MURILLO

**Case No**: _____

Count #: 1-2

Possession of a Firearm by Prohibited Person – Convicted Felon

Title 18, United States Code, Section 922(g)

* **Max. Term of Imprisonment**: 10 Years
* **Mandatory Min. Term of Imprisonment (if applicable)**:
* **Max. Supervised Release**: 3 years
* **Max. Fine**:  $250,000

Count #:

* **Max. Term of Imprisonment**:
* **Mandatory Min. Term of Imprisonment (if applicable)**:
* **Max. Supervised Release**:
* **Max. Fine**:

Count #:

* **Max. Term of Imprisonment**:
* **Mandatory Min. Term of Imprisonment (if applicable)**:
* **Max. Supervised Release**:
* **Max. Fine**:

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.