UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80128-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**GEORGE MURILLO,**

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court on Defendant George Murilllo's Unopposed Motion to Continue Trial [ECF No. 16]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion to Continue Trial [ECF No. 16] is **GRANTED** for the reasons stated in the Motion, including Defendant's agreement to waive his rights under the Speedy Trial Act for the period caused by this continuance. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, September 21, 2022, to including the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, November 29, 2022, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **December 5, 2022**.

2. All pre-trial motions and motions *in limine* must be filed by **October 26, 2022**. Each

CASE NO. 22-80128-CR-CANNON

party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Order Setting Trial [ECF No. 13] remain in effect.

4. The parties are reminded to adhere to the Court's Local Rules in all respects, including in the preparation of pre-trial motions.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of September 2022.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record