1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CR-80128-CANNON

UNITED STATES OF AMERICA

vs.

GEORGE MURILLO,

     Defendant.
_____/

## FACTUAL PROFFER

The United States Attorney's Office for the Southern District of Florida and GEORGE MURILLO (hereinafter the "defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt:

### Elements

(i)     that the defendant knowingly possessed a firearm and ammunition in or affecting interstate or foreign commerce,

(ii)     before possessing the firearm and ammunition, the defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year, and

(iii)     the defendant knew he was a convicted felon.

### Facts

1. On May 17, 2022, defendant MURILLO sold a Smith & Wesson, model M&P Bodyguard 38 Crimson Trace, .38 Special caliber revolver and twenty-five (25) rounds of Hornady ammunition to another person in exchange for $300.

2.      On July 12, 2022, defendant MURILLO sold a Beretta, model 92FS, 9mm pistol and fifteen (15) rounds of ammunition to another person in exchange for $500.

3.      The firearms and ammunition described in paragraphs 1 and 2 were manufactured outside the State of Florida, therefore traveled in and affected interstate or foreign commerce.

4.      Prior to this incident, the defendant was convicted and adjudicated of a felony offense. Moreover, the defendant had knowledge of his felony conviction.

5.      All events occurring in the Southern District of Florida and elsewhere.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/8/22      By: _____
LARA TREINIS GATZ
ASSISTANT UNITED STATES ATTORNEY

Date: 12/8/22      By: _____
KRISTY MILITELLO
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 12/6/22      By: _____
GEORGE MURILLO
DEFENDANT