**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-80128-CANNON**

**UNITED STATES OF AMERICA**

v.

**GEORGE MURILLO,**

    **Defendant.**

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY**

*s/ Sara M. Klco*
Sara M. Klco
Assistant United States Attorney
Florida Bar No. 60358
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9165
E-mail: Sara.Klco@usdoj.gov
*Counsel for the United States of America*