## Bronze Star Medal Narrative (SPC MURILLO)

On July 20, 2003, mission # 3475 traveled south on MSR Tampa (Iraq) with 22 vehicles from the 1498th Transportation Company and 5 vehicles from the 685th Transportation Company. The 1498th TC is a unit that operates Heavy Equipment Transport Systems (HET). At around 1100 approximately 2 miles north of the Tikrit Airbase, the lead vehicle in the convoy made visual contact with an object in the road that appeared to be a truck tire inner tube. The lead HET avoided the object, the second HET straddled the object, but the third HET "blew up" and became engulfed in flames. The physical position of the damaged HET and the intense heat from the flames effectively blocked the progress of the remainder of the convoy.

Given SPC Murillo's assignment to a M984 maintenance wrecker, his vehicle was located in the rear of the convoy when the explosion took place. After the explosion, SPC Murillo maneuvered into a defensive "herring bone" formation with soldiers of the 685th TC covering the east and west sides of the southbound lane. To the east and slightly ahead of the subject soldier stood an abandoned fuel station. After a secondary explosion from the disabled HET, small arms fire erupted on the subject soldier's east flank from the abandoned fuel station.

The convoy elements to the rear of the formation, including SPC Murillo, dismounted and along with two of the convoy's gun trucks, returned fire into the building and the surrounding area. Around this time, convoy elements to the front of the formation, after recovering the wounded, began moving out of the area. SPC Murillo with personnel from the 1498th TC M1097 contact vehicle and the 5 vehicles from the 685th TC remained in the rear and engaged the enemy.

After a brief cease-fire, small arms fire again began to erupt in the rear of the convoy. The 685th TC gun truck moved up from behind the wrecker and took a position from behind the abandoned fuel station. Again, the elements in the rear of the convoy, including SPC Murillo, returned fire. Rear convoy elements stopped firing upon the approach and surrender of the hostile personnel involved in the shooting. The station and they also witnessed three hostile personnel as they limped slowly towards the convoy, bleeding from the body and the legs, making gestures to surrender.

Upon attempting to remount his vehicle and move to Tikrit, the convoy commander found that he had at least two vehicles that would not start. The convoy commander ordered recovery assets towards the front of the formation. SPC Murillo along with 1498th maintenance soldiers participated in the recovery of one HET with a wrecker. SPC Murillo also provided security, directing civilian traffic away from the burning HET and the recovered HET.

Upon later inspection of the abandoned fuel station after all fires had ceased, the convoy commander discovered in the building a discarded AK-47 still hot from firing. SPC Murillo contributed significantly to the defense of the convoy on the road to Tidrit. His unwavering adherence to unit SOP under hostile enemy fire contributed greatly to the successful evacuation of unit personnel and equipment. The actions taken by SPC Murillo and his fellow soldiers was recognized as unique by the 3d COSCOM Commander in that the convoy successfully fought back against a hostile ambush instead of letting it go by unpunished. SPC Murillo actions were key to the unquestionable success of this convoy defense and ultimate recovery.

PROPSOED CITATION
SPC MURILLO, GEORGE L.

FOR EXCEPTIONALLY MERITORIOUS ACHIEVEMENT AND VALOR IN THE

PERFORMANCE OF SERVICE AS AN M984 WRECKER OPERATOR, 1498TH

TRANSPORTATION COMPANY UNDER HOSTILE FIRE NEAR TIKRIT, IRAQ 20

JULY 2003.  SPC MURILLO'S EXEMPLARY PERFORMANCE OF DUTY

REFLECTS GREAT CREDIT ON HIM, HIS SECTION, THE 1498TH

TRANSPORTATION COMPANY AND THE UNITED STATES ARMY.



**DEPARTMENT OF THE ARMY**
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA VA 22332-0470

PERMANENT ORDERS 348-11                          14 December 2009

Headquarters, 4th Brigade Combat Team, 1st Cavalry Division

Announcement is made of the following award:

Award: Meritorious Unit Commendation
Period of service: 14 June 2008 to 4 June 2009
Authority: AR 600-8-22, paragraph 7-15
Reason: For exceptionally meritorious service. During the period
14 June 2008 to 4 June 2009, Headquarters, 4th Brigade Combat
Team, 1st Cavalry Division displayed exceptionally meritorious
service in support of Operation Iraqi Freedom. The unit's
professionalism, selfless service, dedication to duty, and
commitment to excellence contributed immeasurably to the
overwhelming mission success of Multi-National Divisions Center
and South. Headquarters, 4th Brigade Combat Team, 1st Cavalry
Division's outstanding performance of duty is in keeping with
the finest traditions of military service and reflects distinct
credit upon the unit and the United States Army.
Format: 320

Additional Instructions: This order serves as official
notification that a unit award has been approved for the
organization(s) listed above and will serve as authority for
eligible Soldiers to update their records and wear the award.
The award is still subject to final confirmation in Department
of the Army General Orders. Official verification of a specific
unit's entitlement to display the award in the form of an
appropriate streamer on its flag or guidon rests with the U.S.
Army Center of Military History (CMH), which is also responsible
for determining official unit Lineage and Honors for MTOE
organizations. CMH will use this permanent order to authorize
the manufacture of an appropriate decoration streamer for any
organization clearly entitled to display the award. The
streamers will then be manufactured and sent to the U.S. Army

PERMANENT ORDERS 348-11, U.S. Army Human Resources Command, 200 Stovall St., Alexandria, VA  22332, 14 December 2009

Human Resources Command for automatic distribution to the units concerned.

BY ORDER OF THE SECRETARY OF THE ARMY:

STEWART L. STEPHENSON, JR.
LTC, AG
Chief, Military Awards Branch

DISTRIBUTION:
Commander, 4th Brigade Combat Team, 1st Cavalry Division,
     Building 24002, Fort Hood, TX  76544(1)
CMH, 103 Third Ave., Fort McNair, DC  20319 (1)
Permanent Orders Set (1)
AHRC-PDP-A (1)
File (1)

**STATE OF CALIFORNIA**
**JOINT FORCE HEADQUARTERS**
**9800 GOETHE ROAD – P.O. BOX 269101**
**SACRAMENTO, CALIFORNIA 95826-9101**


PERMANENT ORDERS 173-227                                    22 June 2006


MURILLO, GEORGE, 3269, SPC, 1498th Transportation Company (Combat HET),
Multi-National Forces-Iraq APO AE 09304


The following award is announced:

Award:  Combat Action Badge – 1st Award
Date(s) or period of service:  21 July 2003
Authority: HQDA Letter 600-05-1, dated 3 Jun 05
Reason: For actively engaging or being engaged by the enemy
Format:  320

BY ORDER OF THE GOVERNOR:



Distribution:
Individual (1)
MPRJ (1)
Unit (1)
File (1)
Perms (1)



**CENTRAL TEXAS COLLEGE**

# Certificate of Competency

*Presented to:*

## George Murillo

*for having successfully completed the Introduction to the Petroleum Industry, Industrial Safety and Well Control and Drilling.   Your hard work, dedication and perseverance have prepared you for a career in the respected oil industry.  Congratulations on a job well done!*

*Received:*

*Fort Hood Army Post, Killeen, TX*          *This  27th day of  October 2009.*

*Kevin M. Denny*

*Kevin  M. Denny, President*
*Troop Transition*

*Lindsey Jacks,  Lead Instructor, T2R*
*Troop Transition*

**TROOP TRANSITION**
**Welcome home.**

# CENTRAL TEXAS COLLEGE

**Education For The Individual**

# CERTIFICATE OF COMPLETION

This is to certify that

## GEORGE MURILLO

has successfully completed the
144 hour
Introduction to Petroleum Industry Workforce program.

October 27, 2009

Dr. Martina J. Ady, Director Contracts & Grants
Central Texas College

Lindsey Jacks
Troops to Roughneck

## IADC WELL CONTROL ACCREDITATION PROGRAM

*Certificate of Completion*



**Certificate Number**

17820

The Individual Below has Successfully Completed an INTRODUCTORY Well Control Course Accredited by The International Association of Drilling Contractors

**Name** GEORGE MURILLO

**ID Number** 53554

**Course Name & Level** Drilling Surface

**Training Provider** Tony Transition

**Telephone Contact** 760 579-0800

**Course Location** FT. HOOD TX

**Program ID Number** W811

**Completion Date** OCT 27 2009

**Expiration Date** N/A

**Authorized Signature** Lindsey Jacks

IADC does not require retraining at the Introductory Level. Specifying an expiration date is at the discretion of the training provider or company.

This certificate is valid only when signed and dated.




*Certificate of Completion*



Name _GEORGE PIVERTO_
Course Name & Level _Drilling Surface_
Training Provider _Tracy Tomisten_
Completion Date _10-27-09_
Expiration Date _N/R_
Authorized Signature _Tracy J Melille_





RIG-PASS HSE Orientation
Name _GEORGE PIVERTO_
ID Number: _APRE1613559_
Completion Date: _Oct 27, 2009_
Location: _FT Floid TX_
IADC Program Number: _E132_
Provider: _T.A.S.T / Tomisten_
Authorized Signature:
Offshore Endorsement If Box is Checked ☒

Global Leadership for the Drilling Industry

# IADC WELL CONTROL ACCREDITATION PROGRAM

*About this Certificate*

This certificate signifies that the individual named on the opposite side has successfully completed a course of instruction at a Well Control Training institution accredited by the International Association of Drilling Contractors. WellCAP is an international standard of well control training developed specifically for the oil and gas drilling industry by IADC's producer, contractor and associate members.

Industry practice has long held that individuals should be periodically re-trained to ensure continued familiarity with well control concepts and activities. An Introductory Course must be of at least 8 hours duration.

IADC does not require retraining at the Introductory Level. Expiration requirements are entirely specified by the training provider or company.

Card only valid when signed & dated. For scheduling training or replacement of lost card please call training provider directly with information provided in front of certificate. To verify validity of card call IADC at +1-713-292-1945



# Certificate of Affiliation

### Be it known that

PRIVATE GEORGE L. MURILLO

has achieved the requisite
academic and professional standards
and, henceforth, is affiliated
with the

## UNITED STATES ARMY
## ORDNANCE CORPS

Issued this 16th day of July
19 97

*Thomas R. Dick*

Chief of Ordnance

OCO FORM 1, 26 Apr 88



# DEPARTMENT OF THE ARMY
# CERTIFICATE OF TRAINING

## This is to certify that

### PRIVATE GEORGE L. MURILLO

## has successfully completed

Basic Combat Training

Company C, 2d Battalion, 46th Infantry, 1st Training Brigade

During the period 30 January 1997 through 27 March 1997

Given at Fort Knox, Kentucky

JERRY J. THOMAS
1LT, AR
Commanding

DA FORM 87, 1 OCT 78

# United States Army
# Quartermaster School
## Fort Lee, Virginia



for successful completion of the

**PETROLEUM SUPPLY SPECIALIST COURSE 821-92F10**

this

# Diploma

is awarded to     **SPC GEORGE L. MURILLO**

pursuant to authority granted by Department of the Army

Given at Fort Lee, Virginia this **7TH** day of **FEBRUARY** , 20 **08**

**TRAINING PERIOD: 19 NOVEMBER 2007 – 07 FEBRUARY 2008**

The Quartermaster General

Launch Internet Explorer Browser.lnk
FT LEE Form 1092
Rev July 01



**The Quartermaster General, United States Army**

takes pleasure in recognizing the affiliation of

**GEORGE L. MURILLO**

with

## The United States Army Quartermaster Corps Regiment

This certificate attests to your formal affiliation with the Regiment of one of the original branches of the United States Army, a branch distinguished by more than 200 years of proud and faithful service to soldiers, the United States Army and the United States of America.

Jesse R. Cross
Brigadier General, USA
The Quartermaster General




**United States Army**
**Quartermaster Center & School**
**Fort Lee, Virginia**



## Basic Petroleum Logistics  Division




# CERTIFICATE OF TRAINING

## THIS CERTIFIES THAT

### SPC GEORGE L. MURILLO ████████

**HHC, 262D QM BN**





## IS AWARDED THIS CERTIFICATE FOR

**ACADEMIC EXCELLENCE FOR MAINTAINING A GPA OF 96.16%**
**WHILE ATTENDING THE 92F PETROLEUM SUPPLY SPECIALIST COURSE**

Given at Ft. Lee, Virginia. This <u>7th</u> day of <u>February 2008</u> A.D.





**CHARLES L. GRIFFITH JR.**
**SGM, USA**
**SERGEANT MAJOR**

**MARSHALL J. JONES**
**GS-14**
**DEPARTMENT DIRECTOR**

FT LEE Form 1019
Rev Oct  2000

DEPARTMENT OF THE ARMY
27TH BRIGADE SUPPORT BATTALION
4TH BRIGADE COMBAT TEAM, 1ST CAVALRY DIVISION
COB ADDER-TALLIL, IRAQ
APO AE 09331

PERMANENT ORDER  248-60                    5 SEPTEMBER 2008

MURILLO, GEORGE, SPC, ██████████, A CO, 27TH BSB (WDJ9A0), 4/1 CAV,
COB ADDER-TALLIL, IRAQ, APO AE 09331

Announcement is made of the following award.

Award:  DRIVERS BADGE (WHEELED)
Period of service:  1 AUGUST 2007 to 31 JULY 2008
Authority:  AR 600-8-22, Paragraph 8-31
Reason:  SOLDIER MEETS THE REQUIREMENTS IAW AR 600-8-22
FORMAT: 320

MARK T. SIMERLY
LTC, LG
Commanding

DISTRIBUTION:
FILE (1)
UNIT (1)
OMPF (1)
INDIVIDUAL (3)



**DEPARTMENT OF THE ARMY**
4TH BRIGADE COMBAT TEAM
1ST CAVALRY DIVISION
FORT HOOD, TEXAS 76544

REPLY TO
ATTENTION OF

062-03                                                                    4 March 2010

The Secretary of the Army has reposed special trust and confidence in the patriotism, valor, fidelity, and professional excellence of **GEORGE L. MURILLO.** In view of these qualities and his demonstrated leadership potential and dedicated service to the U.S. Army, he is, therefore, promoted from Specialist to Sergeant. MOS 92F2O00YY is awarded as his primary MOS effective 1 March 2010. Promotion is effective 1 March 2010 with a date of rank of 1 March 2010. The promotion is not valid and this order will be revoked if he is not in a promotable status on the effective date of promotion. The authority for this promotion is AR 600-8-19, paragraph 3-34, and AHRC-MSP-E, 22 February 2010, SUBJECT: DA Promotion Point Cut-off scores for 1 March 2010 and Junior Enlisted Issues. Other MOS action is withdrawal of 92F1O00YY.

Additional Instructions:  Not Applicable.

Format:  302

FOR THE COMMANDER:



GRANT M. WESTON JR
CW2, AG
Personnel Technician

DISTRIBUTION:
AFVA-UA-S1-Original (1)
AFVA-UA-S1-Copy (1)
Director, SRDC, ATTN:  AHRC-EFS, 8899 E 56TH Street, Indianapolis, IN 46249-5301 (1)
CDR, 4th BDE, Fort Hood, Texas 76544 (1)
**SGT GEORGE L. MURILLO,** ████████, **27 BSB,** 4th BDE (1)





Be it known that

**SPC GEORGE L. MURILLO**

*has successfully completed the*
*Warrior Leader Course*

**CLASS 4-10**

**14 JANUARY 2010 THRU 28 JANUARY 2010**

conducted by the

## US Army, III Corps and Fort Hood
## Noncommissioned Officers Academy

. and is hereby declared

## *Honor Graduate*

In testimony thereof, this

## *Diploma*

is hereby awarded at

**Fort Hood, Texas**

*on this the* 28th *day of* January *, 20* 10

FERNANDO RODRIGUEZ-RAMOS
CSM, USA
Commandant



# CERTIFICATE OF PROMOTION

## TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of*

### SPECIALIST GEORGE MURILLO

*I do promote* him *to* **SERGEANT** *in the*

# UNITED STATES ARMY

*to grade as such from the* first *day of* March

*two thousand and* ten.

You will discharge carefully and diligently the duties of the grade to which promoted and uphold the traditions and standards of the Army.

Soldiers of lesser grade are required to obey your lawful orders. Accordingly you accept responsibility for their actions. As a noncommissioned officer you are charged to observe and follow the orders and directions given by superiors acting according to the laws, articles and rules governing the discipline of the Army, and to correct conditions detrimental to the readiness thereof. In so doing, you fulfill your greatest obligation as a leader and thereby confirm your status as a Noncommissioned Officer in the United States Army.

**WILLIAM S. GALBRAITH**
**LTC, LG**
**Commanding**

DA FORM 4872, JAN 2000. Previous edition is obsolete.




*Presented to*

## SGT GEORGE MURILLO

### *"Being a Sergeant"*

The sergeant operates in an environment where the sparks fly. The sergeant can be accurately described as being where the axe meets the stone. Although not the lowest level of rank where command is exercised, this level is the first at which enlisted soldiers are referred to as sergeant, and of all the grades of the NCO, this one, very possibly, has the greatest impact on the lower ranking soldiers. Privates, who are the basic manpower strength and grade of the Army, generally have sergeants as their first NCO leader. It is the grade sergeant that the privates will look to for example.

Like the next grade, the staff sergeant, the sergeant is responsible for the individual training, personal appearance and the cleanliness of their soldiers.

The sergeant is also responsible for insuring that:

❖ Each member of their unit is trained to competency in their MOS as prescribed in the appropriate soldiers manual.

❖ All government property issued to members of their unit is properly maintained and accounted for at all times and discrepancies are promptly reported.

❖ While on duty status, they are ready at all times to report to the location and activity of all members of their unit.

❖ Their unit is trained to function in its primary mission role.

The authority of the sergeant is equal to that of any other grade or rank of the NCO. Often, however, a lack of delegation of authority by superiors improperly limits the sergeant's ability to act. Professionally competent leaders inherently command respect for their authority and the sergeant must be unquestionably competent in order to carry out the mission correctly, accomplish each task and care for assigned soldiers.

The rank of sergeant is not a position for learning how to become a leader, no apprenticeship here. While certainly the new sergeant will be developing new skills, strengthening old ones and generally getting better, he is a sergeant!!! and is therefore, no less a professional than those grades of rank to follow.

Presented on 01 March 2010 by:

CURTIS ANDERSON JONES
27ᵗʰ Brigade Support Battalion
First Sergeant

### *Army Values*

Loyalty: Bear true faith and allegiance to the U.S. Constitution, the Army, your unit, and other soldiers.

Duty: Fulfill your obligations.

Respect: Treat people as they should be treated.

Selfless-Service: Put the welfare of the nation, the Army, and your subordinates before your own.

Honor: Live up to all the Army values.

Integrity: Do what's right, legally and morally.

Personal Courage: Face fear, danger, or adversity (Physical or Moral).





# 4Th Brigade
# 1St Cavalry Division



# Order of the Spur

To All Who Shall See These Presents, Greetings

Be It Known That

## SPC GEORGE MURILLO

With Saber in hand and having displayed those traits associated with all accomplished Cavalry Troopers: Skill, Audacity, Cunning, Dash and Fervor, is hereby entered onto the rolls of the prepared and loyal Order of the Spur, and is awarded a pair of Cavalry Combat Spurs which the Trooper will wear from this day forevermore. Ordered this 4th day of June 2009.

**EDWIN RODRIGUEZ**
CSM, USA
Command Sergeant Major

**PHILIP F. BATTAGLIA**
COL, IN
Commanding

# 27th Brigade Support Battalion

# Order of the Spur

Be it known that

**SGT**

## George L. Murillo

With Saber in hand and having displayed those traits associated with all accomplished Cavalry Troopers — Skill, Audacity, Cunning, Dash and Fervor — is hereby entered into the Rolls of the Prepared and Loyal Order of the Combat Spur and is awarded a pair of Cavalry Spurs which the Trooper will wear from this day and forevermore.

Given this 15th day of January, 2011

# Rough Riders!



CSM Jimmy C. Rutherford SR
27th BSB CSM

LTC William S. Galbraith
27th BSB Commander



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL

TO

### SERGEANT GEORGE MURILLO

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY
IN ACTIVE FEDERAL MILITARY SERVICE

FROM    15 NOVEMBER 2007 **TO**    14 NOVEMBER 2010



JESSICA D. LEMIEUX
CPT, LG
Commanding

FORM 4950, JAN 81

**DEPARTMENT OF THE ARMY**
**27TH BRIGADE SUPPORT BATTALION**
**4TH BRIGADE COMBAT TEAM, 1ST CAVALRY DIVISION**
**COS MAREZ, APO AE 09334**

**PERMANENT ORDER 347-002**                                      **13 December 2010**

**MURILLO, GEORGE, SGT, ▇▇▇▇▇▇, A CO, 27TH BSB (WDJ9A0), 4BCT, 1CD, COS MAREZ, APO AE 09334**

Announcement is made of the following award.

Award:  ARMY GOOD CONDUCT MEDAL CLASP (1st Award)
Period of service: 15 November 2007 to 14 November 2010
Authority:  AR 600-8-22, Chapter 4
Reason:  FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY
FORMAT: 320

FOR THE COMMANDER:

TIANE R. GARNER
CPT, TC
Battalion Adjutant

DISTRIBUTION:
FILE (1)
UNIT (1)
OMPF (1)
INDIVIDUAL (1)



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

**TO**   **SPECIALIST GEORGE L. MURILLO**
**1498TH TRANSPORTATION COMPANY, 180TH TRANSPORTATION BATTALION**

**FOR**   **FOR EXCEPTIONALLY MERITORIOUS ACHIEVEMENT IN THE PERFORMANCE OF SERVICES AS A M1097 MAINTENANCE CONTACT TRUCK OPERATOR UNDER HOSTILE FIRE NEAR TIKRIT. YOUR ACTIONS WERE ABOVE AND BEYOND THE CALL OF DUTY. YOUR CONTRIBUTIONS AND DEDICATION TO DUTY ARE INDICATIVE OF THE HIGHEST STANDARD OF SERVICE AND REFLECT GREAT CREDIT UPON YOU, THE 64TH CORPS SUPPORT GROUP AND THE UNITED STATES ARMY.**

*FROM 20 JUL 03 TO 20 JUL 03*

*GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON*

*THIS 9TH DAY OF MARCH 2004*

**PERMANENT ORDER 069-9**
**COMMANDER**
**64TH CORPS SUPPORT GROUP**
**FORT HOOD, TEXAS  76544**



**THOMAS J. RICHARDSON**
**COL, QM**
**COMMANDING**



# DEPARTMENT OF THE ARMY

### THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

**SPECIALIST GEORGE MURILLO**
**A CO, 27 BRIGADE SUPPORT BATTALION**

FOR MERITORIOUS SERVICE WHILE SERVING AS A MINE RESISTANT AMBUSH PROTECTED DRIVER DURING OPERATION IRAQI FREEDOM 08-10.  SPECIALIST MURILLO'S DEVOTION TO DUTY, SELFLESS SERVICE, AND PERSONAL COURAGE ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE. HIS ACTIONS REFLECT GREAT CREDIT ON HIMSELF, THE ROUGH RIDER BATTALION, THE 4TH BRIGADE COMBAT TEAM (LONGKNIFE) AND THE UNITED STATES ARMY.

### 15 JUNE 2008 TO 15 SEPTEMBER 2009

### GIVEN THIS 22ND DAY OF FEBRUARY 2009

**PERMANENT ORDERS # 053-075**
**HQ, 4TH BCT, 1CD**
**COB ADDER, IRAQ**

**PHILIP B. BATTAGLIA**
**COL, IN**
**Commanding**

DA FORM 4980-14, NOV 97



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

TO

**PV2 GEORGE MURILLO**
**B CO, 201ST FORWARD SUPPORT BATTALION**

FOR  MERITORIOUS ACHIEVEMENT DURING THE 201ST FORWARD SUPPORT BATTALION'S 99-07 CMTC ROTATION.  YOUR PERFORMANCE WAS IN KEEPING WITH THE FINEST MILITARY TRADITIONS AND REFLECTS GREAT CREDIT UPON YOU, THE 201ST FORWARD SUPPORT BATTALION, THE 3RD BRIGADE COMBAT TEAM AND THE UNITED STATES ARMY.

FROM: 20 MAY TO 7 JUNE 1999

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS      14TH      DAY OF      JUNE      19  99

PO# 165-1, 14 June 1999
**HQs, 201st Support Battalion**
**Vilseck, Germany**

SECRETARY OF THE ARMY
**GAIL M. LONG**
**LTC, MS**
**Commanding**

DA FORM 4980-18,  AUG 81

# 4Th Brigade
# 1St Cavalry Division
# CERTIFICATE OF DEPLOYMENT

## THIS IS TO CERTIFY THAT:

## SPC GEORGE MURILLO

DEPLOYED IN SUPPORT OF OPERATION IRAQI FREEDOM 08-10 WITH THE 4TH BRIGADE COMBAT TEAM, 1ST CAVALRY DIVISION IN THE PROVINCES OF MUTHANA, DHI QAR, AND MAYSAN.




**EDWIN RODRIGUEZ**
**CSM, USA**
**COMMAND SERGEANT MAJOR**

**PHILIP F. BATTAGLIA**
**COL, IN**
**COMMANDING**



# The Commanding General's Certificate of Achievement

## SPC MURILLO, GEORGE
### Maintenance Platoon, 1498th Transportation Company

FOR OUTSTANDING SERVICE TO THE NATION IN SUPPORT OF OPERATION IRAQI FREEDOM. IN ONE OF THE DARKEST HOURS IN THE HISTORY OF THE UNITED STATES, WITHOUT HESITATION OR THOUGHT OF SELF, YOU ROSE TO ANSWER THIS NATION'S CALL. YOUR SELFLESS SERVICE AND UNTIRING DEDICATION TO THE CAUSE OF FREEDOM ARE A BEACON OF HOPE AND INSPIRATION TO ALL THE WORLD. YOUR NUMEROUS SACRIFICES HAVE MOVED ALL OF US SERVING WITH YOU AND THOSE YOU WERE CALLED TO PROTECT. YOU AND ALL THE SOLDIERS OF YOUR UNIT HAVE CONTINUED TO UPHOLD THE FINEST TRADITIONS OF AMERICA'S CITIZEN SOLDIERS. THE NATION AND I ARE PROUD OF YOU AND ALL YOU HAVE DONE IN THE CAUSE OF FREEDOM AND LIBERTY.







EDWARD SORIANO
Lieutenant General, USA
Commanding
HQ, I CORPS AND FORT LEWIS

# DEPARTMENT OF THE ARMY
## CERTIFICATE OF ACHIEVEMENT
### PRESENTED TO

## SPC. GEORGE MURILLO

FOR OUTSTANDING ACHIEVEMENT AND PERFORMANCE OF DUTIES IN
SUPPORT OF THIS UNIT  WHILE ASSIGNED TO THE MAINTENANCE
SECTION OF THE 1498th TRANSPORTATION COMPANY

GIVEN THIS 5th DAY OF OCTOBER 2002

**WILLIAM G MORISETTE**
CPT, TC, CA ARNG
Commanding

**DEAN G GRAY**
WO1, CA ARNG
Unit Maintenance Tech.



# CERTIFICATE OF ACHIEVEMENT



IN OMNIA PROMPTUS

## 201ST FORWARD SUPPORT BATTALION
### UNITED STATES ARMY EUROPE AND SEVENTH ARMY

IS AWARDED TO

## PFC GEORGE MURILLO
### 201st FORWARD SUPPORT BATTALION

*For outstanding achievement while assisting the 201st Forward Support Battalion in the removal of over 2,100 roadwheels from the Grafenwoehr DRMO.  Your hard work and professionalism saved the Division over $666,000 and reflects distinct credit upon you, the 201st FSB, the 1st Infantry Division and the United States Army.*

**CURTIS J. SILSBY**
**CSM, USA**
**Command Sergeant Major**

## BATTLE SUPPORT!

**GAIL M. LONG**
**LTC, MS**
**Commanding**

# ROUGH RIDERS

## CERTIFICATE OF ACHIEVEMENT

### is awarded to

## SPC GEORGE MURILLO

### Alpha Company, 27th Brigade Support Battalion

FOR OUTSTANDING PERFORMANCE WHILE SERVING AS A DRIVER FOR ALPHA COMPANY,
27TH BRIGADE SUPPORT BATTALION DURING OPERATION IRAQI FREEDOM 08-10.
SPC MURILLO'S WORK ETHIC AND DEDICATION TO DUTY ARE IN KEEPING
WITH THE FINEST TRADITIONS OF THE MILITARY SERVICE
WHICH REFLECTS DISTINCT CREDIT UPON HIMSELF,
THE 27TH BRIGADE SUPPORT BATTALION,
THE 4TH BRIGADE COMBAT TEAM,
THE 1ST CAVALRY DIVISION
AND THE UNITED STATES ARMY.

### SEPTEMBER 2008 COMPANY HIGH MILER

HARRY B. LOCKAMY JR
CSM, USA
Command Sergeant Major

MARK T. SIMERLY
LTC, LG
Commanding

OIF 08-10



# United States Army
# Intelligence Center of Excellence



ALWAYS OUT FRONT

The Commanding General of the United States Army
Intelligence Center attests that the following individual

### SGT George L Murillo

has demonstrated outstanding performance and met the
prescribed criteria for the ***Battlefield Forensics Training*** course.
Awarded on __06__ / __11__ / __10__ , ___40___ hours completed

In evidence thereof, this certificate is presented

**Harold Reeves**
Colonel, MI
Director, Training Development & Support

# tificate of Training



Presented to

**SGT George  Murillo**

for successful completion of

Attack the Network (ATS101)

**Completion Date:** 04/12/10

**Total hours of course:** 32

**Base:** Fort Hood  **State:** TX

**Lead Instructor**
A-T Solutions, Inc.

**Robert Dawkins, Director of Training and Education**
A-T Solutions, Inc.






# PM-MRAP

**COB ADDER**
**TALLIL, IRAQ**



## CERTIFICATE of COMPLETION

*Presented to*

### SPC George Murillo

*HAS SUCCESSFULLY COMPLETED THE 40 HOUR*
*MINE RESISTANT AMBUSH PROTECTED (MRAP)*
*OPERATOR NEW EQUIPMENT TRAINING COURSE CONDUCTED*
*AT COB ADDER TALLIL, IRAQ*



*Warren Long*
**MRAP Senior**
**NET Instructor**

*Billy J. Boler*
**MRAP Site Lead**
**COB Adder**





# DEPARTMENT OF THE ARMY

# CERTIFICATE OF TRAINING

## This is to certify that

### PFC  GEORGE L. MURILLO

# has successfully completed

HAZ 11 (CFC), HAZARDOUS MATERIALS DRIVER TRAINING COURSE (CFC)
CLASS # 01399
2 Nov 98 THRU  6 Nov 98 ( 40 HOURS )

Given at _VILSECK, FRG_____   _6 Nov 98_____

Lieutenant Colonel, MI
Chief, CATC



# DEPARTMENT OF THE ARMY
# CERTIFICATE OF TRAINING

## This is to certify that

# SPC George L. Murrillo
## has successfully completed

40 hrs. Operator, organizational and
direct support training on HET
M1070 truck and M1000 trailer

Given at RTS-M Camp Roberts

**Lance D. Scott**
**CW4 ARNGUS**
**Commanding**

DA FORM 87, 1 OCT 78



# DEPARTMENT OF THE ARMY

# CERTIFICATE OF TRAINING

## This is to certify that

SPC Murillo, George



## has successfully completed

**COMBAT LIFESAVER COURSE**
**" 40 HOURS "**

Given at __Rose Barracks, Vilseck Germany__

Expires:  19 FEBRUARY 2000

GAIL M. LONG
LTC, MS
Commanding



# United States Army

## OATH OF REENLISTMENT
### TALLIL AB, IRAQ

I, _____**GEORGE LUIS MURILLO**_____ do solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the Officers appointed over me, according to regulations and the uniform code of military justice.
So help me God!

**8 AUGUST 2008**

| REENLISTEE | DATE | ADMINISTERING OFFICER |
|---|---|---|
| *SPC GEORGE LUIS MURILLO* | | *2LT TERRILL C. HINES* |

DA FORM 5689, 1 AUG 88



## Honorable Discharge

OIF  08-10

from the Armed Forces of the United States of America

*This is to certify that*

__GEORGE LUIS MURILLO SPECIALIST REGULAR ARMY__

*was Honorably Discharged from the*

# United States Army

*on the* __7th__ *day of* __AUGUST 2008__ *This certificate is awarded as a testimonial of Honest and Faithful Service*



**CHARLES L. MONTGOMERY**
**CPT, LG**
**COMMANDING**

DD FORM NO. 256A 1 MAY 50







To whom it may concern,

My name is Angela Ortiz. I am a mental health counselor and proud alumna of The Florida State University. I studied mental health because I have always been intrigued by human behavior, and I want to help people understand themselves better and connect with others. I believe that there is more to a person than their mental health disorder and that they can learn to triumph regardless of their adversity. When I am not in my office working at the eating disorder treatment center or private practice, I am a proud dog mom, loving sister, and daughter. I enjoy and appreciate nature, art, and the people in my life that make each day worth living.

I am writing this letter as a testament to George Murillo's character. I will not be writing this from the perspective of a mental health counselor but rather the point of view of a concerned daughter of his girlfriend. When I met George in 2020, it was during the height of COVID. My mother was mentally vulnerable due to fear of the unknown with COVID and still struggling after my father's divorce back in 2017. As a daughter, I was naturally protective and distant at first from George because I did not know who he was. George was the first boyfriend of my mom that I had officially met. I am not the type who judges people based on appearances; I analyze people based on their character. I also believe that actions speak louder than words. Despite my distance initially, George welcomed me as family before I was ready to do so myself.

His presence in our home shifted the entire mood of the home. Before George came into our lives, the home was gloomy, depressing, and empty. My mom did not furnish or decorate the house; it felt like a big open cage. When George came in, he helped my mom decorate and make the house feel welcome and beautiful. He brought and tended to plants; he brought color into the house and our lives. It was the happiest I have seen my mom since the divorce, despite the challenging times everyone was facing due to COVID. I saw my mom fall in love again, her relationship with my sister improved significantly, and I finally saw the house my mom bought after the divorce turn into a home. When I would come to visit home during school breaks because I was completing my master's degree, I could feel that the energy of the house had shifted. Then I began to let my guard down with George because his presence in our lives is a present. He did things that went above and beyond the necessary for his girlfriend's daughter, like helping me move in and out of my apartment, helping my sister with her car, and being the mediator between my mom and sister. No one will replace my dad; I love him and appreciate all he has done for us. However, George is an incredible addition to our family. I feel connected to him the way I do with my favorite uncle; he laughs at my jokes, and he can find joy in the simplest of things.

With George absent from our home, his absence leaves a gaping hole in our lives. George is irreplaceable. He has been through a lot in his life and still finds space in his heart to have compassion and empathy for others. George does not let his hardships turn him into a bitter person, and I have seen people go through less to become upset. I am also astonished by how much hope and perseverance he carries. He inspires me to do better as a human being and do more for others without expecting anything in return. George is a true testament to the resilience of the human spirit. I know if the roles were reversed, he would write a letter for me without a doubt. The only thing I would change from my time with George is expressing my gratitude more for all he does for my family and me.

Thank you for reading my letter. This letter will provide true insight into the character of George Murillo. Please let him come back. Jodi Picoult said, "Home is not a place rather, the people you love." and our home is not complete without the person we love.

Sincerely,

-Angela Ortiz

**From:** shawn77sharp <shawn77sharp@yahoo.com>
**Sent:** Thursday, February 9, 2023 1:23:07 PM
**To:** Sarah_shannon@fd.org <Sarah_shannon@fd.org>
**Subject:** In support of George Murrilo

EXTERNAL SENDER

This letter is in support of George. My name is Shawn Sharp, I served 10 years in the US Army. I have 4 combat tours and have been awarded the Army commendation metal 3 time along with many or awards. Every word I write is truthful before the Lord! I meet George in late 2009 in Ft. Hood Texas. We served together in combat from 2010 to 2011. Him and his family were very kind and helpful to my son and I. His kindness helped me endure a difficult time in my life. His caring and loving nature has been a light in many people's lives. He suffered a great deal in his deployments! Taking missions for people who were on the verge of mental breakdowns. Spending countless hours talking, listening and supporting anyone who needed him. Just before his arrest, he visited my family and I for a couple of day's. I trust him on every level. With my family, and with my life. The trauma he faced in combat manifests as impulsive disorder I believe. But his heart and kindness and dedication to his Country, family and friends can not be in doubt. He is a loyal brother in arms, and cherished friend of whom I love. I beg for any mercy and understanding to please be shown to George. So he can return to his family as soon as possible. With great respect, sincerely Shawn Sharp.

Sent from my Boost Samsung Galaxy A13 5G