UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80128-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEORGE MURILLO,

    Defendant.
_____/

## SECOND NOTICE OF FILING

Defendant, George Murillo, through undersigned counsel, files the attached letters for the Court's consideration at the time of his sentencing.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 Telephone
Kristy_Militello@fd.org

1

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        *s/ Kristy Militello*
                                        Kristy Militello