TRANSLATION FROM SPANISH INTO ENGLISH
========================================================================

With this letter, we, Carlos Mario Bedoya and Luz Dary Naranjo want to give faith to the fact that we have known Jorge Murillo since 2019. We met him and his partner in the church that we attend in the county of Palm Beach (Christ Fellowship Church in Royal Palm Beach).

Our first meeting was during a marriage course that we led for several months. While he attended the programs he was very disciplined, participating , and very constructive in the comments that he made to other couples in the program. Additionally, we were able to listen to his testimony during a church service for the entire congregation. He told us about his life and how God was transforming him. This testimony impacted many of the young people and was edifying for all of us. He was not only a member of the church, but also helped every Sunday with the parking of the vehicles of the people coming to church.

The time that we have known him, has made us consider him a very human person, somebody willing to help other and with a great service vocation–always willing to help anybody that needed his assistance. He is a prudent person when speaking, somebody that inspires trust and because of this we met with him at his house as well as ours.

We hope that our statement gives you a chance to know a little bit more who is Jorge Murillo, a man that wherever he goes leaves a mark for the great heart that he has. We hope that he may soon return to continue helping many other people as he was doing before.

Thank you for your attention.

Manuel H. Aguado - Professional Translator & US Courts Certified Interpreter

Nosotros  Carlos Mario Bedoya y Luz Dary naranjo, por medio de esta carta queremos dar testimonio de que conocemos a Jorge Murillo desde el 2019, lo conocimos a El y a su Pareja atravez de la iglesia que nos congregamos en el condado de Palm Beach  (Iglesia christ fellowship, en Royal palm beah).

Nuestro primer encuentro fue en un curso de matrimonio el cual lideramos por varios meses, durante su asistencia fue muy disciplinado, participativo y muy constructivo en sus comentarios para otras parejas del curso, además tuvimos la oportunidad de escuchar su testimonio en un servicio de la iglesia para toda la congregacion, relato su vida y como Dios le estaba transformando, este testimonio impacto a muchos de los jovenes y fue de gran edificación para todos. No solo era un miembro de la iglesia también prestaba servicio en la ubicación del parqueo de los vehículos en la iglesia cada domingo.

El tiempo que llevamos de conocernos lo consideramos una persona muy humana, muy dado para los demás con una gran vocacion de servicio y disposición de ayudar a todo el que necesite, es una persona muy prudente en lo que habla, es una persona que inspirar confianza y por esta razón compartimos en encuentros en su casa como en la nuestra.

Esperamos que nuestro testimonio pueda servir para que puedan apreciar un poco mas quien es Jorge Murillo un hombre que donde va impacta por el gran corazón que tiene, esperamos que pronto el pueda volver y continuar ayudando a muchas persona como lo venia haciendo.

Gracias por la atención prestada

## TRANSLATION FROM SPANISH INTO ENGLISH

My name is Nohora Jimenez. I have a degree in Fine Arts and Educational Pedagogy in Children and Adolescents Behavior and Conduct.

Currently I am a member of the Christian congregation of the Fellowship of Christ Church; I am an active member of various ministries, among others, counseling, leader of the Women Biblical Studies, and part of the Welcoming Committee for New Members.

The purpose of this letter is to tell you about the good character of Mr. Jorge Murillo. For all the time that I have known him, I can say he is a considerate person, efficient and dedicated. He is willing to help with the welfare of others. I went through a very difficult crisis in my life because of the illness of my husband and Mr. Jorge Murillo made available his time providing love and compassion to my husband. For all the time I have known him, he has always had a great impact in a positive manner in the lives of the people that known him. He believes in God, which gives him the strength and determination to overcome challenges and make great changes in his life.

His family is most valuable to him.

I thank you for granting the opportunity for Mr. Jorge Murillo to return and go so that he may go on with his life, and again become involved with his family, his Church and above all with society.

I thank you.

Sincerely,

/S/ Nehora Jimenez

Manuel H. Aguado - Professional Translator & US Courts Certified Interpreter

1

2- 11- 2023

Mi nombre es Nohora Jimenéz, Licenciada en
Bellas Artes y Pedagogia Educativa Comportamiento y Conducta en Niños y Adolecentes.
Actualmente pertenezco a la congregación
Cristiana Iglesia Christ Fellowship, siendo
miembro activo en diferentes ministerios:
Consejeria, Lider de estudios biblicos para mujeres
Bienvenida para nuevos miembros entre otros.
El propósito de esta carta es demostrar el
buen carácter del Señor Jorge Murillo, en el
tiempo que lo conozco puedo decir que es una
Persona considerada, eficiente y comprometido
dispuesto ayudar en el bienestar de los demás.
Pase una crisis muy dificil en la vida con mi esposo de enfermedad, el Señor Jorge Murillo dispuso de su tiempo dando su amor, misericordia
para mi esposo. En el tiempo que lo conozco ha
tenido un gran impacto de una manera positiva
en la vida de las personas que lo conocen.
Creyente de Dios lo cual hace que tenga la
fuerza y la determinación para superar desafios
y hacer grandes cambios en su vida.
Lo más valioso para el es su familia.
Agradezco la oportunidad que el Señor
Jorge Murillo pueda volver a retomar, para
volver a involucrarse en la Familia, Iglesia
y ante todo la Sociedad. Mil gracias
Atte                        Nohora Jimen