UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80128-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GEORGE MURILLO,

      Defendant.
_____/

**THIRD NOTICE OF FILING**

Defendant, George Murillo, through undersigned counsel, files the attached letter for the Court's consideration at the time of his sentencing.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 Telephone
Kristy_Militello@fd.org

1

CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      *s/ Kristy Militello*
      Kristy Militello