TRANSLATION FROM SPANISH INTO ENGLISH

My name is Victoria Gomez. I arrived to this country 26 years ago after having been abducted. I studied physiotherapy in Colombia.

I met George in February of 2020. He complemented my life in a wonderful manner. Although we grew up in different cultures, we shared the same faith and an immense love for our Lord. This love was shown in the Christ Fellowship Church in which we participated as active members. George was part of the Sunday services and assisted with the parking activities

His life's testimony was chosen from among many others to be part of the Easter week services. His testimony impacted many lives. He was baptized also; and we, together, participated as a couple in a beautiful course by the name of LIBERTY.

Having both lived through difficult situations in our lives brought us closer together and made us understand each other better. However, what really made me fall in love with George was his heart, his essence, and his energy. To be able to enjoy love again by his side has been really special. I always prayed to God for a man like George.

In June of 2022, as soon as he received his Veteran's pension, the first thing he did was to buy me a ring and we became engaged. That was something amazing since the love he and I have for each other is very genuine: I love him with my soul and he keeps me strong, hoping for a beautiful future at his side. For me, he is a friend, a lover, an advisor and a great partner in life. When we are together, we enjoy the most simple things that life has to offer and we try to take every situation –no matter how difficult it may be– as an opportunity to learn, grow and to become better as a couple and better human beings.

Every week we spend our time practicing exercises, cooking healthy meals, and working together in a house that he bought as an investment thinking of the future.

In general, life brought us together and that was not by chance, but rather so that we could build big things together. Although the road ahead looks difficult, with the love we feel for each other and with our Lord at the center of our lives, we feel strengthened.

Additionally, George's love and respect toward my daughters has been very important for me as a mother. And that was the most important thing for me at the time of letting somebody into my life. The security of my daughter is not negotiable. What George actually did was to bring joy

TRANSLATION FROM SPANISH INTO ENGLISH

and togetherness into our home. My daughters feel more relaxed and safe with George since he count on his support.

Throughout this process, which has not been easy, we have grown stronger and we have made promises for our future such as not to ever rush into unwise decisions without first consulting with our partner and having their support.

Your Honor, I ask you for mercy for George, and I swear to God, to be as a good guide for him as I have been for my daughters.

Thank you very much for this opportunity to express my feelings.

Sincerely,
Victoria Eugenia Gomez

TRANSLATION FROM SPANISH INTO ENGLISH

## CERTIFICATION OF ACCURACY

I, Manuel H. Aguado, a professional translator and U.S. Courts certified interpreter, hereby certify that this document is a true and correct translation into ENGLISH of a document originally written in SPANISH.

Given in Miami on February 15 of 2023.

*[signature]*

Manuel H. Aguado
US Courts certification number 95-001

C:\Users\17864\Documents\2023\T&I WORK\FPD\TRANSL\230215 M - MILITELLO - Murillo - wpd.wpd

Manuel H. Aguado - Professional Translator & US Courts Certified Interpreter

**From:** Victoria Gomez <vegomez101768@gmail.com>
**Sent:** Wednesday, February 15, 2023 6:43 PM
**To:** Sarah_shannon@fd.org <Sarah_shannon@fd.org>
**Subject:** George Murillo

EXTERNAL SENDER

Mi nombre es Victoria Gómez , llegue ha este país hace 26 años , después de pasar por un secuestro . Estudie fisioterapia en Colombia .
Conocí a George en Febrero de 2020, llegó a complementar mi vida de una manera maravillosa. Aunque crecimos en diferentes culturas, compartimos la misma fe y un inmenso amor por el señor, el cual se vio reflejado en la iglesia christ Fellowship, de la cual fuimos miembros activos , George servía en el servicio los domingos , en el área de parking, y su testimonio de vida fue escogido entre muchos , para ser mostrado durante el servicio de Semana Santa , el cual impactó muchas vidas , también fue bautizado , y fuimos como pareja parte de un hermoso curso llamado LIBERTAD .
El haber vivido situaciones difíciles en nuestras vidas nos unía y nos hacía entendernos mas. Pero lo q mas me enamoro de George fue su corazón, su esencia y energía , volver a vivir el amor ha su lado ha sido algo bien especial , siempre le pedí al señor por un hombre como George.
En junio 2022 apenas recibió su retiro como veterano , lo primero q hizo fue ir a comprar un anillo y comprometerse conmigo , eso fue algo grande , ya q el amor que el y yo nos tenemos es genuino , yo lo amo con el alma y me mantiene fuerte la esperanza de un hermoso futuro a su lado.  El para mi es mi amigo, amante, consejero en general un gran compañero de vida . Juntos disfrutamos de las cosas mas sencillas y tratamos q cada situación por difícil q sea tomarla como una oportunidad para aprender , crecer y mejorar como pareja y seres humanos .
Durante la semana dedicamos el tiempo para hacer ejercicio, cocinar saludable y trabajar juntos en una villa que se compró a manera de inversión pensando en el futuro.
En general la vida nos puso en el camino y no es por casualidad, sino para cosas grandes y aunque el camino se ve difícil , con el amor q nos tenemos y nuestro señor en el centro, nos sentimos fortalecidos.

Por el otro lado el cariño y respeto de parte de George hacia mis hijas ha sido bien importante para mi como madre, y era una de las cosas más importantes ala hora  de dar entrada a alguien en mi vida , ya q la seguridad de mis hijas no es negociable .Al contrario George trajo alegría y unión a casa , mis hijas se sienten más tranquilas y seguras con George , ya q contamos con su apoyo .

A través de todo este proceso que no ha sido facil, nos hemos fortalecido y hemos hecho compromisos a futuro , como el de No tomar decisiones apresuradas y poco sabias sin antes consultar con nuestra pareja y contar con su apoyo.

Le pido a la juez misericordia por George y me comprometo ante Dios hacer una excelente guía , como lo he venido siendo para mis hijas .

Muchas gracias por la oportunidad de poder expresarme .
Sinceramente,
 Victoria Eugenia Gomez